IN RE:      DINO CHIOZZA      Chapter 13 Case No.

# CHAPTER 13 PLAN (INDIVIDUAL ADJUSTMENT OF DEBTS)

| **DEBTOR(S)** | (H) <br> (H) DINO CHIOZZA | S.S.# XXX-XX- <br> S.S.# XXX-XX-3149 |
|---|---|---|
| **ADDRESS** | 567 WARING ROAD <br> MEMPHIS, TN  38122 | |
| **PLAN PAYMENT** | **DEBTOR(S) TO PAY $150.00 EVERY 2 WEEKS** | |
| **PAYROLL DEDUCTION** | PRO-TECH SECURITY, INC <br> ATTN; PAYROLL <br> 3624 PARK AVENUE <br> MEMPHIS, TN  38111 | [  ] <br> Because: <br> 1st payment date: W/I 30 DAYS |
| **ADMINISTRATIVE** | Pay filing fee, trustee fee, and debtor's attorney fee pursuant to court order. **Adequate protection payments will be 1/4 (25%) of the proposed creditor monthly payment.  Failure to file timely written objection to confirmation will be deemed acceptance of the plan.** | |

                                                                                                          **PLAN PMNT**

| **AUTO INSURANCE** | [XX] Not included    [    ] Included in Plan | |
|---|---|---|
| **CLASS I UNSECURED CREDITOR(S)** <br> NONE | | |

| **HOME MORTGAGE(S)** | | |
|---|---|---|
| NONE | Ongoing Payment begins | |
| | Approx. Arrearage: $ | |
| | ONGOING TO BEGIN | |
| | APPROX ARREARS $ | |

| **SECURED CREDITORS** <br> (retain lien 11U.S.C. 1325(a)(5)) | **COLLATERAL VALUE** | **INTEREST RATE** | **MONTHLY PAYMENT** |
|---|---|---|---|
| ALLY FINANCIAL <br> (2013 DODGE DART) | $12,475 | 5.25% | $240 |
| FREEDOM FINANCIAL <br> (SURRENDERING INTEREST IN 2007 TRIUMPH DAYTONA) | | | |

| **UNSECURED CREDITORS** | Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts.  General unsecured creditors will receive 10%. |
|---|---|
| **ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT** | $10,000 |
| **TERMINATION** | Plan shall terminate upon payment of the above in **60** months. |