**Dated: September 11, 2015**
**The following is SO ORDERED:**

_____
George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

IT535

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In re:                                                          Chapter 13
DINO JUSTIN CHIOZZA
Debtor(s)                                                       Case No. 15-28356-E
SSN(1) XXX-XX-3149

ORDER DIRECTING EMPLOYER TO MAKE DEDUCTIONS FROM EMPLOYEE'S
WAGES AND SEND DEDUCTIONS TO CHAPTER 13 TRUSTEE

In this cause, a Chapter 13 plan having been filed by the above-named debtor(s) as a result of which all future earnings of the debtor(s) are under the exclusive jurisdiction of this Court; and the debtor(s) petition having stated that the debtor(s)' employer is PRO TECH SECURITY;

IT IS THEREFORE ORDERED, that the debtor(s)' employer deduct immediately from the debtor(s)' next paycheck the sum of $150.00 EVERY TWO WEEKS from the debtor(s)' salary and forward the amount deducted to the Office of Sylvia Ford Brown, at P.O. Box 1924, Memphis, TN 38101-1924 - until further order of this Court.

IT IS FURTHER ORDERED, that the EMPLOYER SHALL CEASE ALL FUTURE DEDUCTIONS FOR GARNISHMENT, LOANS OR CREDIT UNIONS unless specifically authorized by this Court or until this order is withdrawn. However, deductions for child support, mandatory pension, mandatory qualified retirement plans, mandatory thrift savings plans, or other mandatory retirement contributions, if any, and mandatory deductions for repayment of loans from such plans may continue.

IT IS FURTHER ORDERED, that if the debtor(s)' employment is terminated, the Trustee be so advised. Any correspondence, other than payments, shall be sent to 200 Jefferson Avenue, Ste. 1113, Memphis, TN 38103.

/s/ Sylvia Ford Brown
Chapter 13 Trustee

```
CC:     Sylvia Ford Brown
CM
        PRO TECH SECURITY
        3624 PARK AVE
        ATTN: PAYROLL
        MEMPHIS, TN  38111

        DINO JUSTIN CHIOZZA
        541 WARING ROAD
        MEMPHIS, TN  38122

        BRAD GEORGE ATTY
```