**Dated: December 09, 2015
The following is SO ORDERED:**

_____
George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

```
                    UNITED STATES BANKRUPTCY COURT
                     WESTERN DISTRICT OF TENNESSEE


In Re:                                              Chapter 13
DINO JUSTIN CHIOZZA

Debtor(s)                                      Case No. 15-28356-E
SSN XXX-XX-3149
```

Order Confirming Plan

It appearing to the Court that the debtor(s) has filed a plan which has been sent to the scheduled creditors; that at the confirmation hearing it appeared to the Court from statements of the Chapter 13 Trustee, and the entire record herein that the plan as finalized complies with 11 U.S.C.A. §1325(a) and other applicable provisions of Bankruptcy Code; and that the plan should be confirmed;
  IT IS THEREFORE, ORDERED BY THE COURT:

1. That the debtor(s)' plan, which is attached hereto, is confirmed;

2. That the debtor pay into the plan as follows:

Debtor One Employer   PRO TECH SECURITY                $222.00 EVERY TWO WEEKS

  If this is different from the originally proposed plan, then the Chapter 13 Trustee is authorized to submit a separate order changing payment. Furthermore, the debtor(s)' future earnings shall remain under the property of the estate and under the exclusive control of this Court pursuant to 28 U.S.C. §§1334(e) and 157(a). In the event of a case dismissal, funds held by the Chapter 13 Trustee shall be paid to creditors in accordance with the terms of the plan unless otherwise ordered by the court.

3. All property shall remain property of the Chapter 13 estate under 11 U.S.C. §§541(a) and 1306(a) and shall revest in the debtor(s) only upon discharge

pursuant to §1328(a), conversion of the case, or specific order of the Court which states otherwise.  The debtor(s) shall remain in possession of and in control of all property of the estate not transferred to the Trustee, and shall be responsible for the protection and preservation of all such property, pending further orders of the Court.

4. An attorney fee is allowed in the amount of $2,600.00.  The attorney has receieved $215.00 to be retained.

5.  Any real estate tax claimants shall be treated as fully secured if the plan proposes to treat them as secured debts.  If the debtor(s) surrender(s) with Court authorization any real property during the pendency of this case or such property is abandoned, the real property will no longer be property of the estate; the automatic stay shall terminate regarding the interests of affected real property taxing authorities, and the Chapter 13 Plan may be


6.  The balances of any student loans shall survive discharge if the plan indicates same.



CC: Sylvia Ford Brown            /s/ Sylvia Ford Brown
JB                               Chapter 13 Trustee
    BRAD GEORGE ATTY
    2400 POPLAR AVENUE SUITE 460
    MEMPHIS, TN   38112

CHAPTER 13 PLAN (INDIVIDUAL ADJUSTMENT OF DEBTS)

```
DEBTOR(S)      : DINO JUSTIN CHIOZZA                    SSN XXX-XX-3149
BK NUMBER      : 15-28356-E
                 541 WARING ROAD
                 MEMPHIS, TN  38122

PLAN PAYMENT   :(DEBTOR 1)    $222.00   EVERY TWO WEEKS     - Payroll Deducti

EMPLOYER(S)    : PRO TECH SECURITY
                 3624 PARK AVE
                 ATTN: PAYROLL
                 MEMPHIS, TN  38111
```

ADMINISTRATIVE  Pay filing fee, Trustee fee, and debtor's attorney fee

```
                                                                MONTHLY
                                                               PLAN PYMT

AUTO INSURANCE:
    AUTO INSURANCE ON A 2013 DODGE DART                          $142.00


SECURED CREDITORS:                        VALUE      INT RATE   MONTHLY
[retain lien 11 U.S.C.                                         PLAN PYMT
   ALLY FINANCIAL FKA GMAC             $12,475.00     5.25%     $240.00
   FREEDOM ROAD FINANCIAL                   $0.00     0.00%       $0.00
   [Surrendered - Transferred to General Unsecured]
```

UNSECURED CREDITORS: Pay 10.00% of these claims after above claims are paid:

```
   MEMPHIS LIGHT GAS & WATER DIVIS    $1,000.00
   MEMPHIS CITY EMPLOYEES CREDIT U    $1,984.99
   CAPITAL ONE BANK USA BY AMERICA      $704.54
   CENTRAL FINANCIAL CONTROL            $871.00
   CREDIT FIRST NA                      $300.17
   SEARS                                  $0.00
   DISCOVER FINANCIAL SERVICES        $2,344.17
   [Add]
   JARED                                  $0.00
   ALLY FINANCIAL FKA GMAC              $544.57
   HOME DEPOT CREDIT SERVICES           $500.00
   FREEDOMROAD FINANCIAL              $2,431.75
   [Add]
```

TERMINATION: Plan shall terminate upon payment of the above, approximately 60 months.